UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------X
RAUL BATEN, ON BEHALF OF HIMSELF        :
 AND ALL OTHERS SIMILARLY SITUATED      :
                                        :
                          Plaintiff,    :
                                        :
              -against-                 :
                                        :
                                        :
                                        :
ZION FARM LLC d/b/a DELMONICO           :
GOURMET FOOD MARKET, EASTERN            :
FARMS, INC. d/b/a DELMONICO GOURMET     :
FOOD MARKET, and YOUNG A. LEE,          :
                                        :
                          Defendants.   :
-------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/1/2021

21-CV-1706 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS Plaintiff filed this lawsuit on February 25, 2021, *see* Dkt. 1;

WHEREAS on March 25, 2021, Plaintiff filed affidavits reflecting timely service of a summons and the Complaint on the two corporate Defendants, *see* Dkts. 6-7;

WHEREAS on April 15, 2021, Plaintiff filed an affidavit reflecting timely service of a summons and the Complaint on the individual Defendant, *see* Dkts. 8;

WHEREAS the corporate Defendants have failed to appear, answer, or otherwise respond to the Complaint by the March 25, 2021 deadline to do so, *see* Fed. R. Civ. P. 12(a)(1);

WHEREAS the individual Defendant has failed to appear, answer, or otherwise respond to the Complaint by the April 22, 2021 deadline to do so, *see* Fed. R. Civ. P. 12(a)(1),

IT IS HEREBY ORDERED that no later than **June 15, 2021**, Plaintiff must apply for a certificate of default against all Defendants. Within fourteen days of receiving such a certificate,

Plaintiff must apply for a default judgment against those Defendants, consistent with the procedures described in Attachment A to the undersigned's Individual Practices in Civil Cases.

**SO ORDERED.**

Date: **June 1, 2021**
 **New York, NY**

_____
**VALERIE CAPRONI
United States District Judge**