**MEMO ENDORSED**



*William Cafaro, Esq.*
*Partner*
ADMITTED IN NY, CA, MD & TX
Email: bcafaro@cafaroesq.com

*Amit Kumar, Esq.*
*Managing Attorney*
ADMITTED IN NY & NJ
Email: akumar@cafaroesq.com

*Andrew S. Buzin, Esq.*
*Of Counsel*
ADMITTED IN NY, FL & DC

# LAW OFFICES OF WILLIAM CAFARO

108 West 39th Street, Suite 602
New York, New York 10018
Telephone: 212.583.7400
Facsimile: 212.583.7401
www.cafaroesq.com

*Louis M. Leon, Esq.*
*Associate*
ADMITTED IN NY
Email: lleon@cafaroesq.com

*Matthew S. Blum, Esq.*
*Of Counsel*
ADMITTED IN NY
Email: mblum@cafaroesq.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/30/2021

June 29, 2021

**_Via Electronic Case Filing_**
Hon. Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Baten v. Zion Farm LLC et al.*
      Case No.: 1:21-cv-01706 (VEC)

Your Honor:

    This firm represents the Plaintiff in the above-referenced wage and hour matter against Defendants. Pursuant to the Court's Order, dated June 1, 2021, Plaintiff must move for default judgment within two weeks of receiving the certificate of default. [DE 9]. Since Plaintiff received certificates of default as to each Defendant on June 17, 2021 [DE 16-18], the time to move for default is July 1, 2021. Due to scheduling conflicts, Plaintiff has not been able to come to the undersigned's office to execute an affidavit in support of the motion for default. Thus, we ask that the Court extend the deadline to file the motion for default judgment from July 1, 2021 to July 21, 2021. This is the first time we are making a request for an extension of this deadline.

    We thank the Court for its attention and consideration to this request.

Respectfully Submitted,

_____/s/_____
Louis M. Leon, Esq.

---

Application GRANTED. No further extensions shall be granted.

SO ORDERED.

*[signature: Valerie Caproni]*
6/30/2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE