**MEMO ENDORSED**



| | **LAW OFFICES OF WILLIAM CAFARO** | |
|---|---|---|
| *William Cafaro, Esq.*<br>*Partner*<br>ADMITTED IN NY, CA, MD & TX<br>Email: bcafaro@cafaroesq.com | | *Louis M. Leon, Esq.*<br>*Associate*<br>ADMITTED IN NY<br>Email: lleon@cafaroesq.com |
| *Amit Kumar, Esq.*<br>*Managing Attorney*<br>ADMITTED IN NY & NJ<br>Email: akumar@cafaroesq.com | 108 West 39th Street, Suite 602<br>New York, New York 10018<br>Telephone: 212.583.7400<br>Facsimile: 212.583.7401<br>*www.cafaroesq.com* | *Matthew S. Blum, Esq.*<br>*Of Counsel*<br>ADMITTED IN NY<br>Email: mblum@cafaroesq.com |
| *Andrew S. Buzin, Esq.*<br>*Of Counsel*<br>ADMITTED IN NY, FL & DC | | |

August 17, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/20/2021

***Via Electronic Case Filing***
Hon. Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *Baten v. Zion Farm LLC et al.*
               Case No.: 1:21-cv-01706 (VEC)

Your Honor:

      This firm represents the Plaintiff in the above-referenced wage and hour matter against Defendants. We write to request that the Order to Show Cause Hearing, scheduled for August 27, 2021, be adjourned by at least 60 days for two reasons. First, although Plaintiff sent out the Order to Show Cause (for Default Judgment) for service on Defendants *via* certified mail as per the Court's Order, dated July 23, 2021, we were recently advised that USPS was unable to deliver it to Defendants at the location where we sent the papers. We need additional time to determine the Defendants' whereabouts and/or find a more appropriate manner to effectuate service. Second, Plaintiff's counsel is out on a prescheduled vacation from August 27, 2021 through September 5, 2021 and will not otherwise be available on those dates. Accordingly, we ask that the Court adjourn the conference by at least 60 days, allowing Plaintiff additional time to serve Defendants with the Order to Show Cause papers and update the Court.

      This is the first time we are making a request for an adjournment of this conference. We thank the Court for its attention and consideration to this request.

                                    Respectfully Submitted,

                                    _____/s/_____
                                    Louis M. Leon, Esq.

Application GRANTED.  The August 27, 2021 show-cause hearing is ADJOURNED to **October 22, 2021, at 11:00 a.m.**  Not later than **September 10, 2021**, Plaintiff's counsel must file a letter on the docket updating the Court on its efforts to locate and serve Defendants.  If Plaintiff is successful in serving Defendants before the September 8, 2021 deadline, Plaintiff must file proof of service on the docket within three business days of service.  Defendants' opposition papers must be served on Plaintiff and filed on ECF by **October 1, 2021**.  Plaintiff's deadline to serve and file reply papers is **October 8, 2021**.  Plaintiff must serve on Defendants the original Order to Show Cause, accompanying papers, and this Order.

SO ORDERED.

*[Signature]*   8/20/2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE