```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
  RAUL BATEN, ON BEHALF OF HIMSELF                             :
  AND ALL OTHERS SIMILARLY SITUATED                            :
                                                               :
                                          Plaintiff,           :
                                                               :            21-CV-1706 (VEC)
                      -against-                                :
                                                               :                ORDER
                                                               :
                                                               :
                                                               :
  ZION FARM LLC d/b/a DELMONICO                                :
  GOURMET FOOD MARKET, EASTERN                                 :
  FARMS, INC. d/b/a DELMONICO GOURMET                          :
  FOOD MARKET, and YOUNG A. LEE,                               :
                                                               :
                                          Defendants.          :
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/22/21

VALERIE CAPRONI, United States District Judge:

WHEREAS a default judgment hearing was held on October 22, 2021;

WHEREAS Defendants failed to appear at that hearing;

WHEREAS the Court is therefore prepared to enter an order of default judgment for the Plaintiff; and

WHEREAS the damages calculations that Plaintiff submitted to the Court were improperly calculated, Ex. 8, Dkt. 23;

IT IS HEREBY ORDERED THAT Plaintiff must submit new damages calculations and a revised proposed default judgment order based on those calculations not later than **October 29, 2021**, following the specifications stated on the record at the October 22, 2021 hearing.

**SO ORDERED.**

Date:  October 22, 2021
       New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**