UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Raul Baten, on Behalf of Himself
And All Others Similarly Situated,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __11/1/21__

Case No: 21-CV-1706 (VEC)

                    Plaintiffs,

     -vs.-

ZION FARM LLC d/b/a DELMONICO GOURMET
FOOD MARKET, EASTERN FARMS, INC. d/b/a
DELMONICO GOURMET FOOD MARKET, and
YOUNG A. LEE,

                    Defendants.
-----------------------------------------------------------------X

## [PROPOSED] DEFAULT JUDGMENT

This action having been commenced on February 25, 2021 by the filing of the Summons and Complaint. A copy of the summons and complaint was served on Defendant Zion Farm by personally serving an Authorized Agent at the Office of the Secretary of State of the State of New York on March 4, 2021. A copy of the summons and complaint was served on Defendant Eastern Farms by personally serving an Authorized Agent at the Office of the Secretary of State of the State of New York on March 4, 2021. A copy of the summons and complaint was served on Defendant Lee by personally serving a person of suitable age and discretion on April 1, 2021. The time for answering the Complaint having expired, it is:

ORDERED, ADJUDGED, and DECREED that a default judgment be entered in favor of the Plaintiff, RAUL BATEN, as against Defendants ZION FARM LLC d/b/a DELMONICO GOURMET FOOD MARKET, EASTERN FARMS, INC. d/b/a DELMONICO GOURMET FOOD MARKET, and YOUNG A. LEE, jointly and severally, in the amounts of (i) $45,160.00 in unpaid minimum wage compensation; (ii) $36,501.00 in unpaid overtime wage compensation;

(iii) $8,970.00 in unpaid spread of hours compensation; (iv) $90,631.00 in liquidated damages; (v) $5,000.00 in statutory damages for the NYLL wage notice claim; (vi) $5,000.00 in statutory damages for the NYLL wage statement claim; (vii) prejudgment interest at nine percent per annum, running from January 4, 2017 for the unpaid minimum wage and overtime claims, and running from June 30, 2016 for the unpaid spread of hours claim; (vii) post judgment interest as provided in 28 U.S.C. § 1961, to run from the date of judgment until the judgment is satisfied; and (viii) non-payment interest of 15 percent if the conditions of NYLL § 663(4) are met.

Dated: New York, New York

November 1, 2021

*Valerie Caproni*
U.S.D.J